**SO ORDERED.**

**SIGNED June 15, 2011.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 11-10247 |
| CAROL H. EVERETT<br> DEBTOR | |
| | CHAPTER 7 |
| U.S. BANK, N.A.<br> MOVER | |

*O R D E R*

THIS MATTER came on to be heard on June 13, 2011, on a Motion to Lift Stay filed on behalf of U.S. BANK, N.A., a secured creditor herein.

CONSIDERING the Motion, the law and evidence in favor thereof, and upon proper notice of hearing on same;

IT IS ORDERED that the automatic stay presently in effect pursuant to 11 U.S.C. §362 with regard to this Chapter 7 proceeding and also as to a proceeding under any other Chapter of the Bankruptcy Code to which this matter might be converted, be lifted and the below described property be abandoned from the estate in order to permit U.S. BANK, N.A. to foreclose on its security interest in the following described property located in Caddo Parish, Louisiana, more particularly described as follows:

All that certain piece, parcel of lot of land, with the improvements thereon, situated, lying and being in the County of Richland, State of South Carolina, the same being shown and designated as Lot Ten (10), on a plat of Woodlands Ridge, Phase I, by Cox & Dinkins, Inc., dated August 5, 1988, recorded in the office of the RMC for Richland County in Plat Book 52 at Page 3096; being more particularly shown on a survey prepared for Carol H. Everett, by United Design Services, dated August 28, 1998 and recorded September 4, 1998 in Plat/Record Book 170 at Page 93 in the Office of the Register of Deeds for Richland County, having such boundaries and measurements as shown on said latter Plat reference to which is hereby made for a more complete and accuate description.

This being the same property heretofore conveyed to Carol H. Everett by deed of Denver Properties, Inc., dated August 31, 1998, recorded September 4, 1998 in the Office of the Register of Deeds for Richland County in Deed/Record Book 170 at Page 80.

Property Address: 20 Woodlands Ridge Court, Columbia SC 29229

Improvements thereon having a municipal address of 20 Woodlands Ridge Court, Columbia, South Carolina 29229

IT IS FURTHER ORDERED that U.S. BANK, N.A. is authorized and permitted, if necessary, to evict the DEBTOR from the above described property.

The entity submitting this order represents to the Court that the underlying motion was filed and served in conformity with the local rules, that no pleading or response has been filed in opposition thereto, and that the relief to be granted by this order is consistent with the relief to be granted by this order is consistent with the relief pled for in that motion.

# # #

Respectfully submitted,

THE BOLES LAW FIRM
Joe H. Dixon, Jr.
Attorney for U.S. Bank, N.A.
1818 Avenue of America
P. O. Drawer 2065
Monroe, LA 71207-2065

BY: /s/ Joe H. Dixon, Jr.
    Joe H. Dixon, Jr. (#04973)